THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND , et al.,<br>Plaintiffs,<br>v.<br>GRAFF CONTRACTING, LLC, an Alaska limited liability company,<br>Defendant. | NO.   C17-1541-RAJ<br><br>JUDGMENT |

**Summary of Judgment**

Judgment Creditor:  Operating Engineers Trust Funds
Judgment Debtor:  Graff Contracting, LLC

<u>Amounts Payable to Plaintiff Fund</u>
Unpaid Contributions:  $11,877.13
Liquidated Damages  $1,440.52
Interest through February 8, 2018  357.69
Interest thereafter (on unpaid
  contributions only)  12% per annum

<u>Amounts Payable to Plaintiff Local Union</u>
Unpaid Union Dues:  $597.41

<u>Amounts Payable to All Plaintiffs</u>
Attorneys Fees:  $403.50
Costs:  $475.00
Other Recovery Amounts:  NONE
Interest Rate on Costs:  NONE
Attorneys for Judgment
  Creditor:  Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of Adam Keck and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period September 2017 through November 2017: for contributions of $11,877.13, for Union dues of $597.41, for liquidated damages of $1,440.52, for pre-judgment interest of $357.69, for attorneys' fees of $403.50, and for costs of $475.00; all for a total of $15,151.25.

JUDGMENT ENTERED this 6th day of April, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge